# EXHIBIT 4

Honorable Danny Reeves

Dear Judge Reeves,

By way of introduction, I am recently retired after a career in industry and banking and currently reside in Henderson, KY. I continue, however, to serve as President and CEO of The Center For Addiction Recovery, which initiated the first recovery center in the state as part of Governor Fletcher's Recovery Kentucky program. My committed avocation, however, since the advent of my recovery from alcoholism in 1987, has been to perform volunteer interventions with individuals who suffer from my disorder. This work has continued over the years, involving my interaction with people from practically all walks of life.

Accordingly, I was asked in January of 2018 by a mutual friend to provide such service to Dr. Theo Gerstle. I met with Dr. Gerstle in his home and outlined the options available for him to receive the therapy necessary in order for him to learn in the best way possible the source of his disease as well as the method by which he could sustain sobriety for the balance of his life. Dr. Gerstle followed the suggestions and agreed to treatment at the Caron Treatment Center in Wernersville, PA. He was without the necessary financial means at the time, and I was able to provide a scholarship to him which covered the entire cost of his treatment. During his time there, I was in constant contact with Caron's professional staff, thereby tracking his program work. His commitment to therapeutic success there was rated as exemplary by their professional staff. Additionally, one's engagement in aftercare is essential to long-term recovery success, and Dr. Gerstle has participated with full commitment and continuity in such endeavors, earning a high level of respect in the recovery community.

Unfortunately, with the dramatic increase in chemical addiction, there are simply not enough recovering individuals with the capacity and willingness to provide value propositions through interventions and peer-to-peer counseling to meet current needs in our communities. Of all the people with whom I have engaged over the decades of my involvement, Theo Gerstle is one of the few who has not only the capacity, but additionally the willingness and desire to actively participate in such work. We indeed need his volunteer service in that critical area of our work. I do not in any way, your honor, minimize this person's legal misdeed. I do, however, humbly request of you to consider that society will be decidedly better served if Dr. Gerstle is allowed to continue to assist us in our critical work, and thereby grant him probation rather than incarceration.

I will be pleased to provide additional information upon your request.

Respectfully,
Dale Sights