# EXHIBIT 5

# FEINBERG & ASSOCIATES

COUNSELING; FORENSIC AND OTHER PSYCHOLOGICAL EVALUATIONS

David L. Feinberg, Ph.D.
Patricia Ann Nation, Ph.D.
Kimberly I. Saylor, Ph.D.
Jay Castañeda, Ph.D.
Amy Carter Rouse, L.C.S.W.
Susan J. Snyder, L.C.S.W.
Kelly Hagan, M.A.
Erin Aiello, L.M.F.T.

September 4, 2020


The Honorable Danny C. Reeves
United States Chief Judge
US District Court
101 Barr Street
Lexington, KY 40507


Dear Judge Reeves:

I have served as Dr. Theodore Gerstle's clinical psychologist for the past 4 years. During that time, I have helped guide him through an extremely rancorous divorce and his acceptance of the need to resolve a substantial substance dependence issue. The one constant throughout treatment was his very frequent questions about how to be the best father he could be for his three children. Regardless of how bad things were for him, his clear priority was the welfare of the children. He became very involved in the recovery process and never seemed to have anything that would divert his attention from his sobriety due to the immense cost it would have to his children. He was very determined to never let them down again. He had spent much energy re-engaging with the children and restoring their respect for him and the resultant closeness.

The day following his contact with the investigator, which lead to the charge to which he pled, he called the Kentucky Physician Health Foundation and asked for help with both Ritalin and alcohol use. While on vacation in Florida, I shuddered as I watched the media fallout surrounding my client. He disclosed his mistakes in addiction to Dr. Greg Jones, who recommended he seek residential treatment. Dr. Gerstle called me and I endorsed this plan.

While I'm sure you know this, he was legitimately prescribed Ritalin (Methylphenidate) for a decade and as part of his divorce, his wife asked him to turn over all medical treatment records. His therapist told him he needed to stop the Ritalin. Dr. Gerstle struggled with this and his wife made it a condition of seeing his children. Unfortunately, rather than standing

up to his wife, he surreptitiously sought to continue treatment. During this time, Dr. Gerstle's father passed away and his ex-wife made it impossible for him to visit him in NY while he was sick. So much emotional torment further fueled his dependence.

Upon returning from treatment, I have been able to watch him carefully piece his life together. Through AA and his faith, he started with a six-month suspension of his medical license, which caused financial hardship. He somehow always prioritized his therapy in his tight budget because he knew how important his mental health was for his children. The family court quickly granted him joint custody of his children, who are the center of his life. After six months of not practicing, the Kentucky Board of Medical Licensure saw fit to reinstate his license as he remained in compliance with the KPHF's rigorous testing and meeting schedules (4 meetings/week, three times daily breathalyzer, and 2-4x/month drug testing).

There is no doubt that Dr. Gerstle has accepted responsibility for his mistakes and has paid a huge price for his addiction. I have cared for him before, during, and after his battle with substance abuse. I know that he is remorseful for the pain and suffering that this has caused others. I believe that he offers a lot to this community and to the medical profession as he helps so many by sharing his experience, strength, and hope learned through his own missteps. He continues to encourage doctors who struggle with addiction to seek help. He offers free reconstructive surgery to human trafficking victims and is one of only two doctors in Lexington who help file Casey's Law Orders.

I believe that Dr. Gerstle's children need him in their lives and it would be detrimental for him to be away from them for any period of time. His children have already been separated from him while he was in treatment and it would be traumatic for them to be separated again.

Since he has been cooperative with treatment and the recommendations of the licensing board, he would be a good candidate for alternative sentencing. I do not feel that confinement would serve to teach him anything that he has not already gained through his own acceptance and diligent attention to improving himself and the lives of those he touches. The KBML has already dealt with him strictly and I understand he will have a five year DEA suspension, which will undoubtedly limit his ability to earn and practice across the breadth of his specialty. I strongly recommend that your honor shows leniency with Dr. Gerstle who instead of confinement could serve the community far better in some other capacity as he is extremely unlikely to repeat his previous misguided decisions. In addition, he would save much emotional pain and trauma to his children with whom he would be able to maintain his present extremely close relationship. Thank you for considering my thoughts and feelings on this matter.

Please feel free to contact me with any questions or concerns.

Sincerely,

David Feinberg, PhD
Licensed Clinical Psychologist

Fr. Dennis D. Knight, S.T.D.
Priests House – Mary Queen of the Holy Rosary

July 30, 2020

Honorable Judge Danny Reeves:

Your Honor,

I am writing on behalf of Dr. Theo Gerstle who will be appearing in your courtroom for sentencing.

I have known Dr. Gerstle for 3 years and met him in AA when he was first getting sober. I have been a member of AA for 17 years and I have seen first hand how the program can bring about change and renewal in the lives of those who practice its tenents. Dr. Gerstle has been very assiduous in his sobriety and participation in AA during the past 3 years. In addition, Dr. Gerstle has been an active member of St. Elizabeth Ann Seton Catholic Church in Lexington where he attends weekly with his children. He is a devoted Christian and practices his faith on a daily basis in his relationships with his children, his friends and his medical practice. Several years ago he asked me to be his spiritual director and I have been impressed with his growth in his faith.

I realize at this time that Dr. Gerstle plead guilty to obstruction of justice which is why he is appearing before your court. He has made so much progress in his sobriety, family life, spiritual journey and professional life that I would ask that he be allowed to do community service and probation. His children and his patients need his continued care for them and his community needs him to use the many gifts he has for their benefit.

If you would like to speak with me personally I would be happy to do so at your convenience.
Sincerely yours,

Fr. Dennis D. Knight, S.T.D.

4 September 2020

The Honorable Judge Danny Reeves
Eastern District of Kentucky

This letter is on behalf of Theo Gerstle, M.D. I have known Theo
since 2005. He was truly a "superstar" medical student.  I
predicted he would be a national star in plastic and
reconstructive surgery in the future.

He was generous with his time helping other students.  He was
elected class president all four years in medical school.  He
earned the award for academic excellence.  Theo was the
student I would expect as a graduate of the United States
Military Academy (West Point).  He is a good, kind gentleman.
He demonstrated the best skills with his hands I have ever seen.
He is a really gifted surgeon.

Theo is aware that he made a stupid mistake and broke the law.
He understands what he did and regrets his actions.  I write this
letter because I am sure he will continue to be a trustworthy
physician to whom I have sent my family.  He is an excellent
father.  His two daughters and son love and depend on him.

Theo spoke to the freshman medical students of the University
of Louisville on 30 July 2020. He was upfront and transparent
about his past. He urged students to learn from his mistakes and
provided hope for the future. The students said of the seven
speakers Dr. Gerstle was the most interesting and effective.

I will be pleased to appear in person or speak per telephone.

Respectfully,

Morton L. Kasdan, M.D., F.A.C.S.
Clinical Professor of Plastic Surgery (Retired)
University of Louisville

## Kentucky Physicians Health Foundation

Greg L. Jones, MD, FASAM
Medical Director

September 2, 2020

Board of Directors

Will W. Ward, Jr., MD, FACP, FASAM
Chairman

Karyn Hascal, BA, CADC

Mr. Robert Klinglesmith

Sean Maguire, MD

Ernest W. Marshall, MD, FACOG

Mr. Michael O'Connell

Kenneth J. Payne, MD

Mr. Michael Rodman

Hon. Danny C. Reeves
United States Chief Judge
US District Court, Eastern District of Kentucky
101 Barr Street
Lexington, KY 40507

RE: Theodore L. Gerstle, MD

Dear Judge Reeves:

The purpose of this letter is to provide information regarding the above-noted
physician and his current relationship with our program.

The Kentucky Physicians Health Foundation began in the mid-1970's as an
impaired physicians committee. At that time it was an offshoot of the Kentucky
Medical Association, composed of volunteers that helped physicians struggling
with various issues, mostly drugs and alcohol. Over the years, it became apparent
that what was needed was a freestanding foundation with a full-time medical
director to oversee the needs of Kentucky's physicians. So, the Kentucky Board
of Medical Licensure created a state statute requiring the formation of a
Foundation for this purpose.

Since its inception there have been well over 1,000 physicians monitored by the
Foundation. It has been our experience that the mandates we place on our
participants mirror and in most cases are stronger than those put in place by the
probation system. Some of our participants have been involved in both programs
at the same time due to their legal activities.

Our participants engage in weekly group and/or individual therapy. We drug and
alcohol screen them vigorously, including for over-the-counter medications. They
are tested weekly the first year, but no less than twice per month during their
entire five-year contract. They must attend a minimum three AA meetings per
week and maintain an ongoing relationship with an AA sponsor. Additionally, we
maintain communication with contacts in the workplace to keep an eye on their
professional behavior.

Hon. Danny C. Reeves           -2-
September 2, 2020

At the end of a five-year contract with the Foundation, we have found a greater than 85 percent success rate with documented sustained sobriety in our participants. I do not believe there are many other programs in the country that are able to match our rate of success.

Dr. Gerstle was initially referred to our office in January of 2018, due to concerns of possible impairment within the workplace, related to the use of alcohol. I met with him on January 29, 2018, at which time I obtained a thorough history of the events that led to his referral. I also gathered a personal and family health history, which included a list of his current medications. He indicated that he was on no controlled-substances at that time.

Immediately following our meeting, he submitted to our standard blood and urine testing. The blood test was positive for high levels of alcohol metabolites. The urine drug screen was appropriate and corroborated the information he shared during our interview.

Based on the information he shared over the course of our meeting and his test results, as well as the circumstances that led to his referral to our office, I directed him to undergo a 96-hour inpatient evaluation or enter treatment directly.

He was subsequently admitted to Caron Treatment Centers for residential treatment on February 8, 2018. He successfully completed his treatment experience on April 1, 2018.

Dr. Gerstle returned to our office on April 11, 2018, at which time he signed his aftercare contract with our program. Current components include the following:

- Documented attendance at no less than three AA meetings per week
- Ongoing relationship with an AA sponsor
- Weekly participation in a physicians aftercare group
- Random, observed drug screens and alcohol determinations
- Professional accountability obtained through interval reports from a contact at his worksite

Since our initial meeting, Dr. Gerstle has complied with all of the directives of the Foundation and I consider him to be in full compliance with our program. All therapeutic and professional reports have been positive, and all drug screens and alcohol determination results have been appropriate. He has embraced his recovery activities and we are well pleased with his progress.

If you have any further concerns or questions, please don't hesitate to contact our office.

Sincerely,

Greg L. Jones, MD, FASAM
Diplomat of ABAM
Medical Director
Kentucky Physicians Health Foundation

GLJ:emb

August 31, 2020

Hon. Danny C. Reeves
United States Chief Judge
US District Court, Eastern District of Kentucky
101 Barr Street
Lexington, KY 40507

Dear Hon. Judge Reeves,

I am writing on behalf of Theo Gerstle, my domestic partner, who will be sentenced by the Court on September 25, 2020. Theo and I have been in a relationship since January 2017. My son and I have shared a home with he and his three children since November 2017. We have now blended our families and created a loving and nurturing home for our children.

Theo's problems came to the forefront in January 2018. He thereafter voluntarily entered in-patient treatment, in January 2018, in Pennsylvania. I would not see him in person, until March 2, 2018 when I went to visit him at the treatment center and attend sessions for those in a relationship with the patient. When I first saw Theo, the change was readily apparent. He looked healthy and was focused. That weekend I attended AA meetings with Theo and therapy sessions. I talked to him nearly every day while he was in treatment. Hearing the evolution in his thought process, during this time, and witnessing the change in person, I knew that Theo had accepted that his life was unmanageable, was addressing his issues head on and fully embracing the opportunity to recover. Since treatment, he has worked diligently every day to maintain his sobriety and rebuild his family and practice.

Before Theo started his journey of recovery, he was a devoted father. In recovery, he is even more devoted to being present for his children, my son, and me. He ensures every need the children have is met. He has his children the majority of the time and makes the most of that time. He takes them to school each morning and picks them up in the afternoons. As a parent, this is invaluable time with your child to set the tone, prepare them for the day, and be there at the end of the day to recap. Theo's fourteen-year-old daughter and six-year-old son are currently attending school, virtually, from his medical practice office. Theo is available to them if they need assistance. Theo also engages the children in fun life experiences on weekends, such as going to Cumberland Falls, Carter Caves and canoeing recently.

The children's mother works during the week, at a hospital out of town. During the week, she has rarely been available for the children when they wake up in the morning and is typically unavailable in the afternoons to pick them up from school. Throughout her timeshare, the children are basically being raised by various sitters. Often times, the

sitters quit due to the early morning schedule or demand of getting three children up and ready for school. When that happens, Theo is always available to pick up the children at 6:00 a.m. to get the children breakfast and ready for school. He offers them constancy and support.

I appreciate the criminal justice system and the key role it plays. I do not condone Theo's commission of a crime by any means. If Theo he had not been abusing alcohol and dependent on Ritalin, I trust that he would not have engaged in the bad judgment, which has now placed him before your Honor. However, I believe in second chances. Theo has made amends to the others he unfortunately involved and has addressed and continues to address his sobriety, daily. I respectfully request that the Court find a creative way to allow Theo to be punished for his criminal conduct, while allowing him to continue to be the positive and supportive father—both financially and personally, and contributing member of the community. Thank you for your consideration.

Very truly yours,

Brandi N. Lewis

Grenda S. Sanders, RN, JD

September 2, 2020

To Whom It May Concern:

My name is Grenda S. Sanders.  I have been in Alcoholics Anonymous  recovery since April of 2003.   I have known Theo Gerstle for approximately three years, both professionally and socially. During this time, I have seen him face situations that would have caused many people to crumble…dissolution of his marriage, loss of professional and social standing, loss of income, threat of loss of professional license, and most of all for Theo, loss of custody of his children. In spite of this, he has remained sane and sober.

I have witnessed Theo  work a strong  recovery program. He is willing to "do the work". He has a long-time-sober sponsor, he attends meetings, he works the steps and he surrounds himself with sober friends and associates. He has strong family support and strong religious bonds with his church. He asks for guidance from these sources and is humble enough to listen to their suggestions.  I know how regretful he is that his actions involved two other people and have affected their lives.

In the work environment, I find Theo Gerstle to conduct himself in the utmost professional manner with patients, staff, and colleagues. He is honest. He treats all with respect and dignity, always warm and caring, kind and helpful.  He has always and continues to offer free care to countless patients in his medical practice, including tattoo removal for human-trafficking victims and Casey's Law petitioners.

My social interactions with Theo Gerstle are usually family-oriented.  When I observe him with his children, I see a loving and affectionate father and a guiding, nurturing parent. He says his children are the center of his world and I can plainly see that that is so. The love and warmth he displays toward them is evident, as it is with them.  His children love him just as much in return.

As a friend and fellow on this journey of recovery, it gives me great joy to observe first-hand the personal and spiritual growth I see in Theo Gerstle.  I have seen him go from a fearful individual to becoming a strong and confident person, doing the next right thing on a daily basis. I can unreservedly vouch for his veracity and his good character. I respect and admire Theo Gerstle.

Sincerely,

Grenda S. Sanders

Chelsea Satterly                                                    September 8 2020

The Honorable Danny C. Reeves
United States Chief Judge
United States District Court
Eastern District of Kentucky

Re: U.S. v. Gerstle

Dear Judge Reeves:

Eight years ago, I was introduced to and hired by Dr. Theodore Gerstle while searching for nanny positions in Boston, with hopes of transferring to a college in Massachusetts. In that time, I have come to know Dr. Gerstle as an exceptional father, surgeon, employer, mentor and friend. Anyone who has had the pleasure of knowing Dr. Gerstle knows that his children are what he values most in this world. While employed as the children's nanny, I came to admire Dr. Gerstle's pure devotion to his children. He regularly maintains an exhausting schedule in order to give his kids the world, but always and without fail makes time for them.

Dr. Gerstle is as generous an employer as he is a healthcare provider. He went above and beyond in Boston to assist me by securing interviews at prestigious colleges and to help make my transition to New England as smooth as possible. Almost a decade later, he still exhibits that same selflessness.

Since Dr. Gerstle and his children's mother dissolved their marriage in 2016, I have provided childcare for their three children in both homes. Based on my consistent, first-hand observations of both households, I strongly believe that the environment Dr. Gerstle provides the children is crucial to their success. I feel that it is important for me to express to the Court that I fear for the wellbeing of the children in Dr. Gerstle's absence. In no uncertain terms, I have long suspected that there is but one parent who has their best interests at heart at all times. Dr. Gerstle provides the affection, attention, and support that his children do not seem to receive elsewhere.

Dr. Gerstle frequently expresses deep regret for his actions and for those hurt in the process. Making mistakes is a part of the human condition, and it is my humble opinion that Dr. Gerstle is working to atone for the faults of his past. Indeed, he has demonstrated honesty, integrity and fairness in hundreds of interactions and transactions in which I have been directly involved. Most importantly, though, he has maintained a beautiful relationship with his children, and it is troubling to imagine a scenario in which Dr. Gerstle is absent from his children's lives. It is my sincere hope that the Court will take these thoughts into consideration as it deliberates on the appropriate sentence. I stand ready to offer further support to Dr. Gerstle as he may require.

Respectfully,

Chelsea Satterly

August 30, 2020


The Honorable Danny C. Reeves
United States Chief Judge
US District Court
101 Barr Street
Lexington, KY 40507


Dear Judge Reeves,

This letter provides my personal character reference for Dr. Theodore L Gerstle.
Theo has been a close friend of mine for the last fifteen years.  I witnessed his four years of
Med School at the University of Louisville, and was in attendance at his graduation where he
received the commendation for Student of the Year and delivered an address to all the
graduates and their guests. During those years, I. spent many happy hours with Theo and
his children, witnessing the children growing from infants.  I was a frequent visitor during
the years the family lived in Boston. I have happily celebrated many holidays, birthdays, and
Florida vacations with the family, and have enjoyed every minute of caretaking when I have
been called.  Since the family's move to Lexington, I have often brought the children to
Louisville to visit me there.

Theo is definitely one of the people I admire the most.  He has endured much adversity in
both his personal and professional life, but has never once compromised in any way
detrimental to the children, has never been anything but a rock for them.  Many times over
the years and during these adversities, he has reached out to discuss his issues and ask
advice concerning the children.  He is an extremely hands-on parent, on whom the children
depend greatly, for both stability and affection in their daily lives.

Theo's capacity for endurance and perseverance is amazing!  The divorce, as well as Theo's
professional issues, provided a catalyst to set him on track to better himself as a person,
father, and physician.  His diligent pursuit in these areas led him to undergo inpatient
treatment, as well as continued regular counseling sessions. At this point in his life, it is
obvious that Theo has dedicated himself, not only to self-improvement, but also to giving
back, through both his humble endeavor to share his experiences and often offering to share
his talents for care free of charge through his practice.

Sincerely,

Stephanie Sauter

09/02/20

To whom it may concern,

I have known Dr. Theo Gerstle for 5 years now. When I moved to Jacks Creek Pike, we became neighbors. Our land borders one another and we share a mile of fence line. We also have many of the same interest. Our number one interest is our kids. Both Theo and I came from very hostile divorces, so we understand what one another has gone through. Our divorces were the hardest times in our lives. The one thing both he and I did during our respective divorces is always keep the kids in the front of the decision-making progress. This is a very hard task while always under attack. Our God knows that it would have been easier to walk away and not fight for what is right. Theo did not take the easy road. He fought for his children and endured the constant microscope of a bitter ex-wife. It did not take long for us to become friends.

Theo is a man of integrity and character. He has made some mistakes in his life, but haven't we all? I know the pain he has been through the last few years. I have gotten to see it first- hand. Through it all, I can hear those kids playing in the backyard almost every day I am home. He is a servant and gentle man with his kids. He cooks, give baths, does homework, built tree houses, built zip Lines, takes hiking trips, rides motorcycles and go carts. Theo is a father first and I greatly admire that. I have witnessed him be berated by his ex-wife and shrug it off as if it did not happen. He did not even make a comment about it. Theo is also a man with patience, grace and humility.

Theo is caring man who gives back to his community. I know on several occasions he has performed procedures pro bono. Taking care of people and making people smile seems to be his calling. I know he would never say no to a patient that could not afford his services. He is not that guy.

The last thing I want to mention about Theo is his sorrow for the acts he has committed. He knows that what he did was wrong. Theo has been clean and sober now since January 2018. He is active in AA on a weekly basis. He has accepted responsibility for his actions and knows he has no one else to blame. I can tell you on many occasions, Theo has expressed his regret for involving his office manager, Amber, in his poor decisions. Amber was not just his office manager she was someone Theo had taken under his wing as one of his children. He feels directly responsible for his actions that led to his and her troubles.

Theo is a changed man, father and friend. The future is bright!

With Highest Regards,

Richard Shadwick

Christopher Neil Vashi MD

May 14, 2020

Character Reference :**Theodore Gerstle MD**

To Whom It May Concern,

This is a letter in reference to many aspects of Theodore (Theo as I know him) Gerstle.  I can say that I know him as a man of many faces, faces that mirror myself.  A Father, a Friend, a Physician, a Plastic Surgeon, a Recovering Alcoholic, and lastly a Human.

As an alcoholic in recovery, I heard about a fellow plastic surgeon struggling with alcoholism in early 2018 much as I had recently struggled as well.  I reached out to him to share my experience strength and hope.  From that day, a relationship has grown that has mutually benefited not only us both, but our families, the world of medicine and the world of recovery.

Starting with himself, Theo lost everything, including his children, his practice and his hope.  Through the world of recovery, Theo took the first steps needed to recreate his life — a life of honesty and integrity.  He went to treatment and afterwards, I met him in person through our similar meetings.   He made great strides and began to walk the walk of recovery.

Now with the life of recovery, comes the gifts that it brings.  Some things come quickly and some things come slowly.  However, Theo maintained a constant pursuit of an honest life.  For a short period of time, his children were taken away from him.  I will not elaborate on the details of the situation, but through his actions and his intentions I can proudly say that his children willingly live with him full time.  We have visited several times and our families have interacted, and his children are wonderful young people in a stable environment — an environment that Theo has created for them in recovery.

Theo was able to maintain his surgical practice and the practice of medicine.  He overcame many hurdles.  Some of them great and some of them small, some of them mandated but most of them personal.  He used the steps of recovery to guide him.

Theo has helped me along the way in my recovery.  As I mentioned our families get together for social gatherings.  I call him with my own struggles relating to the practice of medicine, children and recovery.  In our meetings his viewpoints, mindset and discussions are inspiring.  He helps not only the others in recovery, but his own situations with his outlook.

Lastly, as a human Theo understands his limitations.  It is difficult for society to understand that we are all humans, and as such, we all make mistakes.  It is said in recovery that the last thing to leave the alcoholic is the stigmata.  This is a stigmata that I personally share with Theo.  The only thing to do is to take the next step and do the next right thing.  Theo has taken thousands of steps and done thousands of next right things.

Let close with the facts about Theodore Gerstle.  He is a human being that has made mistakes and will make mistakes as we all do.  He is an alcoholic dedicated to maintaining his recovery.  He is a plastic surgeon dedicated to his medical practice.  He is a father who HAS and IS raising his three children single handedly.  He is a friend to me and to the recovery community.  He is a model of a physician in recovery.  Two years of time has given him so much in recovery;  just imagine what he can do with the rest of his life in recovery.

Sincerely yours,

Christopher Neil Vashi MD

Frank A. Burke, MD

August 29, 2020

Dear Honorable Judge Reeves,

I am writing this letter to urge leniency in the sentencing of my friend, Theo Gerstle. I am fully aware that you hold the power over his disposition and sentencing. This note is an effort to implore judicial mercy for him.

I have known Theo Gerstle for several years at this point professionally as a referral colleague in Plastic Surgery. He is one of the rare Plastic Surgeons who enthusiastically accept and treat, in referral, my Wound Center patients whose wounds are now ready for surgical flaps/procedures. He is a true asset to me in the medical community.

I have known Theo also for several years as a member of my Church community along with his cherished children who he brings to services and I get to meet and greet with pleasure frequently! I also know him well as a member of our Church's outreach service organization, Knights of Columbus, where I serve as a senior officer. Theo continues to advance in responsibility and seniority in the Knights. It is always a joy to work in faith with him in God's work.

I am personally aware and supportive of his ongoing and committed work in recovery. He's devoted to the twelve step program in the Lexington community and with the KY's Physicians Health Foundation. He has an intense gratitude for his health and soundness of mind from this second chance program. The drugs took a terrible toll on his soul, as well as his private and public life as addiction always does. His obedience and discipline to the program are admirable and necessary.

His transparency and honesty are entirely refreshing and attractive to me, and I believe, the family and community he serves. I again pray for leniency for my friend, Theo.

Thank you for your consideration.
Yours sincerely,

Frank A. Burke, MD
Fellow of the American Academy of Orthopaedic Surgeons
Certified Independent Medical Evaluator
Fellow of the American Wound Professional Care Association

Scanned with CamScanner



**DEPARTMENT OF THE ARMY**

13 March 2020

Dear Honorable Judge Reeves,

I met Theo Gerstle 25 years ago while we were cadets at the United States Military Academy at West Point. Since then, we have built and maintained a strong friendship with a high level of transparency and accountability. Only 1% of Americans choose to serve their country and even fewer possess the courage and tenacity to graduate from a military academy. Theo is a man who raised his right hand when others did not. He leads by example and served with honor and distinction during our Nation's response to the 9/11 attacks. After fulfilling his service commitment, Theo realized that he could make a better impact as a physician and honorably separated from the Army in order to pursue medical school.

Throughout medical school he remained an active and generous supporter of veterans and military families. When I deployed, Theo continued to use his expertise for good. My wife, who was pregnant with our second child, would call on Theo for advice. His generous and servant leadership replaced multiple hours navigating military medical systems with a simple phone call to see if she needed to pursue additional care. Theo's investment in others speaks volumes to who he is as a person.

Theo is a man of character that I respect greatly. He internalized and continues to demonstrate the Army values of Loyalty, Discipline, Respect, Selfless Service, Honor, Integrity, and Personal Courage. Although we have chosen different paths in life, I see those values have remained steadfast in Theo's life over the years.

I also have the utmost admiration for Theo as a solo parent to three amazing children. Theo is an engaged role model and devoted father. There has never been a "hang on while I check my phone" or a "wait a minute while I complete this work task". Theo's positive engagement with his children fully characterizes the distinction between simply being someone's parent and being their Dad.

Stressors sometimes manifest as behaviors that are uncharacteristic. I feel and believe that Theo is a man of character; defined by those same values he lived while in uniform. His loyalty to family and selfless service to his country make me proud to call him my friend. There is no doubt in my mind that any adverse behaviors being considered are out of character for Theo.

Sincerely,

Lieutenant Colonel Cayton Johnson
U.S. Army

Dr. Clinton H. Leinweber

June 4, 2020

The Honorable Judge Danny Reeves,
Eastern District of KY

This letter is written on behalf of Dr. Theo Gerstle. I have known Theo personally as well
professionally for over three years. I am aware of the charge of obstruction of justice he
is now facing. It is so out of character for the Theo I have come to know. I hope to offer a
glimpse of who Theo is, and that is someone who is far more than the offense he has
plead guilty to.

I first became aware of Theo's good character when he recognized a medical problem
and entered a rehabilitation program. He not only worked tirelessly on his own recovery
but was always eager to help and counsel others. He still makes himself available when
they are in need.

Theo is a respected and exceptionally trained physician and surgeon. I have witnessed his
compassion for those in his care, as well as the care he gives to his young children. He is
one a few physicians to offer free care to patients. Theo has guided me through a period
of personal and family distress which has made me a stronger and more spiritual
individual.

I know that Theo has broken the law, although due to what I consider poor choices during
a period of physical and emotional turmoil. Theo has not only shown remorse, but now
has a better understanding of his purpose and continues to strive to be the best version of
himself. I feel that both Theo and the community would be better served if he is
permitted to continue the work he studied so long and hard for. Imprisonment at this time
would unnecessarily destroy his future and deprive society of a potentially valuable
citizen. I say this not because I am his friend, but because I truly believe it.

Theo is a good, trustworthy, and dignified man who has made a terrible mistake. I am
aware of the consequences of the charges he is facing. I humbly ask that you do not alter
the direction of his life based on a bad decision.

Sincerely,

Clinton H Leinweber

August 31, 2020

Brandon Conrad MD

RE: Character reference for Theodore Gerstle

Dear Hon. Judge Reeves:

I am pleased to be in a position to speak about Theo Gerstle's character, and my experience of his expressed thoughts, values and emotions in our uniquely shared setting. I have known Theo for about 3 years, our paths having crossed most unexpectedly in of all places, an AA meeting.  I found myself that day in the only such meeting I had ever been, having randomly selected it from an online AA meeting listing.

At that time, I was a physician whose license was suspended, and had been ordered to undergo residential treatment for alcoholism. Having exhausted my fight with the medical board, I was trying to begin that journey of compliance by going to my first AA meeting, but it was a bleak and lonely time. Even now I am at a loss for words to describe the desperation, confusion, depression and frankly, darkness that had come to be my world.

We spoke for quite a long time over the next several days, not just about navigating requirements for my professional reinstatement, but a great deal about life. It was the right encouragement, at the time I needed it most. Afterward, he was instrumental in assuring a place for me to begin treatment, a place that, in retrospect, was perhaps the only right place for my journey to have begun.

Finally, having returned and begun the process of rejoining my profession, he and I shared weekly meetings for shared support. I feel I have come to know his family and the challenges he's faced in supporting them as a father and building a new and better life together as a family. He possesses a durable optimism about life, and a faith in humanity, both of which have stood repeated testing. His self-searching is as genuine as any I could hope for in a colleague or friend, and I have found his character to be consistently, demonstrably solid and forthright.

I consider this opportunity to speak in his favor, an expression of my gratitude. My life would be nothing of what is now, were it not for Dr. Theodore Gerstle, and I am very glad our paths crossed that day.

Please do not hesitate to contact me for further details as may be needed.

Brandon Conrad MD

September 3, 2020


David H. Ehl




Dear Honorable Judge Reeves,

I have been a continuously sober member of Alcoholics Anonymous for over 32 years. In that time, I have sponsored over a hundred men. Of those men, none have followed directions as thoroughly as Theo Gerstle. His West Point military training shows. As a result, the transformation in his life has been remarkable, even by AA's experience.

Over the last 2 years that I have known Theo, I have spoken with him multiple times a week. I have watched him take spiritual advice and go beyond just compliance (a common attitude with people just trying to get out of trouble) and embrace the spiritual way of life. As a result, each area of his life from his relationships (with his ex-wife, his children, his girlfriend), to his finances (he's paying his creditors), to his medical practice (which has grown substantially despite the negative news) has improved dramatically.

As for Theo's current legal issues, I can say this: through the many years of sponsoring alcoholics trying to get sober and change their lives I have met many for whom legal consequences, and especially incarceration, were an important and beneficial attention getting wake up call. Theo, however, has already gotten the message. Substantial punitive legal consequences will not teach him anything additional as he already fully recognizes that going forward, he must live on a higher basis. Also, as Theo himself has learned, it is not just about Theo. If the purpose of the legal system is to change people's behavior for the better, then Theo has reached the point at which any incarceration or other substantial penalty would be an unnecessary waste of the Justice system's resources as well as detrimental to those around him, including his creditors, his patients, and especially his children.

Sincerely,

David H. Ehl

August 31ˢᵗ, 2020

The Honorable Danny C. Reeves
United States Chief Judge
US District Court
101 Barr Street
Lexington, KY 40507

Dear Judge Reeves,

I am writing this letter on behalf of Dr. Theodore Gerstle. I have known and worked with Dr. Gerstle for the last three years. During this time, I feel as though I have truly been able to appreciate the true character of Dr. Gerstle as a physician, father, and friend.

In his practice, Dr. Gerstle has created a service that is second to none in its outcomes and patient satisfaction. His perseverance, attention to detail, wealth of knowledge, and expertise in the field of plastic surgery have allowed him to create a thriving practice. However, I would have to say, his bedside manner and constant devotion to his patients have yielded his enormous professional success.

I have also been privy to Dr. Gerstle's family life. He is a loving and devoted father, with his children being the utmost priority in his life. We have many discussions about our children, and he endeavors each day to improve as a father and provide the best life for his children. He is the type of father all children would be blessed to call dad.

On a personal level, Theo has become a brother to me. I value his input, I seek out his advice, and I trust him with my life. His path has had many obstacles and I by no means wish to make light of his missteps. However, on the path that Theo is currently on, he is invaluable to his community, to his family, and to his friends. He has overcome addiction and has devoted his life to making amends for his failings; I could sing his praises ad nauseum. For these reasons, your Honor, I humbly ask for leniency in Dr. Gerstle's sentencing.

Joshua Hensley, MD
Cardiothoracic Anesthesiologist



September 9, 2020

Letitia Reid Maynard

Re: Theodore Gerstle, MD

To: Honorable Judge Reeves

I am writing on behalf of Dr. Theodore Gerstle in hopes that everyone can see the person that I have gotten to know over the past 4 years. I know Theo as a father, friend, client and as his patient. In all of those roles he has shown me many sides, but one stands out the most to me and that is he is a wonderful father to his 3 children.

I was first introduced to Theo by a mutual friend then soon after to Elizabeth, Catherine and Jack his 3 children. It was obvious to me at that time he was devoted to them and their wellbeing, they love him so much. It has become apparent that he is the foundation and consistency that has held the children together since his divorce. He is the person these kids can count on always being there for them and is truly what a single dad should be in every way. Taking Theo out of the children's lives at this time would be a major set back for them at this age.

Our friendship has grown over the years and developed into him being a client of mine as well as me becoming a patient of Dr. Gerstles. We have worked on many projects together over the years. Residential design work, furniture for home and office, as well as multiple consultations on commercial spaces as he has looked and relocated Lexington Plastic Surgery. As a patient I have experienced consultation, treatment, and surgery. His knowledge and bedside manner with his patients is hard to come by these days. He explains procedures in terms that those of us not in the medical field can understand and comprehend the reasoning. He is very concerned and caring of your fears and worries.

I will end with this, Dr. Theodore Gerstle is a hardworking, smart, caring, moral and all-around fantastic doctor, friend and father. Troubles have been in his way over the past few years that have been brought on by himself and added to by others. He has overcome in a truly courageous way that I would have not thought possible and continues to work every day to make amends for his actions. I hope this letter will be taken into consideration on how this situation is handled when it comes to determining the outcome of these proceedings. We all make mistakes and some people continue down that path and some use those lessons to learn and become a better member of society. Theo is on the road to making himself a better person and the world a better place for all of those he touches.

Sincerely,

Letitia Reid Maynard
Interior Designer/ Owner