UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

UNITED STATES OF AMERICA                                                                         PLAINTIFF

v.                                                                    CRIMINAL ACTION NO. 5:20-CR-47-DCR

THEO GERSTLE                                                                                    DEFENDANT

**SUPPLEMENT TO SENTENCING MEMORANDUM**
*ELECTRONICALLY FILED*

Comes the Defendant, Dr. Theo Gerstle, by and through counsel, Brian Butler, and hereby submits this Supplement to Sentencing Memorandum. In our previously filed Sentencing Memorandum, the following paragraph was included:

"Statistics compiled by the United States Sentencing Commission shed light on the need to "avoid sentence disparities" among similar defendants who committed similar offenses. *See* 18 U.S.C. § 3553(a)(6). Attached are relevant charts and statistics regarding similar prosecutions and sentences in both the Sixth Circuit and nationally between 2015 and 2019. The statistics demonstrate that the Court would be following a national and 6th Circuit trend by imposing a non-prison sentence. Nationally, from 2015-2019, 44% of those being sentenced for administration of justice offenses who were similarly situated and falling into Zone C of the Guidelines received a probated sentence. In the same time frame, one case fell into Zone D and that individual received probation and an alternate sentence."

However, the relevant charts and statistics were inadvertently not attached as exhibits. They are hereby attached.

Respectfully submitted,

*/s/ Brian Butler*
Brian Butler
Stites & Harbison PLLC
400 West Market Street, Suite 1800
Louisville, Kentucky 40202
(502) 594-1802

**CERTIFICATE OF SERVICE**

It is hereby certified that a copy of the foregoing Sentencing Memorandum was electronically filed on September 15, 2020, with service to counsel of record.

*/s/ Brian Butler*
Brian Butler
Attorney at Law