**Sentence Type by Type of Crime**
Fiscal Year 2015,2016,2017,2018,2019

| Crime | N | % | Prison Only | | Prison and Alternatives | | Probation Only | | Probation and Alternatives | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | N | % | N | % | N | % | N | % |
| **Grand Total** | 9 | 100.0% | 1 | 11.1% | 1 | 11.1% | 4 | 44.4% | 3 | 33.3% |
| Administration of Justice | 9 | 100.0% | 1 | 11.1% | 1 | 11.1% | 4 | 44.4% | 3 | 33.3% |

**FILTER:**
 Fiscal Year: 2015,2016,2017,2018,2019; Crime Type: Administration of Justice; Guideline: §2J1.2
Circuit: All; State: All; District: All; Race: White; Gender: Male; Age: 41-50; Citizenship: All;
Education: College graduate or more; Sentencing Zone: C; Criminal History: All

 **SOURCE:** This was produced using the U.S. Sentencing Commission's Interactive Data Analyzer (IDA)
 (https://ida.ussc.gov).

**Sentence Type by Type of Crime**
Fiscal Year 2015,2016,2017,2018,2019

| Crime | N | % | Probation and Alternatives | |
|---|---|---|---|---|
| | | | N | % |
| **Grand Total** | 1 | 100.0% | 1 | 100.0% |
| Administration of Justice | 1 | 100.0% | 1 | 100.0% |

**FILTER:**
 Fiscal Year: 2015,2016,2017,2018,2019; Crime Type: Administration of Justice; Guideline: §2J1.2
Circuit: 6th Circuit; State: All; District: All; Race: White; Gender: Male; Age: 41-50; Citizenship: U.S.
Citizen; Education: College graduate or more; Sentencing Zone: D; Criminal History: I

**SOURCE:** This was produced using the U.S. Sentencing Commission's Interactive Data Analyzer (IDA) (https://ida.ussc.gov).

**Sentence Type by Type of Crime**
Fiscal Year 2015,2016,2017,2018,2019

| Crime | N | % | Prison Only | | Prison and Alternatives | | Probation Only | | Probation and Alternatives | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | N | % | N | % | N | % | N | % |
| Grand Total | 68 | 100.0% | 22 | 32.4% | 7 | 10.3% | 22 | 32.4% | 17 | 25.0% |
| Administration of Justice | 68 | 100.0% | 22 | 32.4% | 7 | 10.3% | 22 | 32.4% | 17 | 25.0% |

**FILTER:**
 Fiscal Year: 2015,2016,2017,2018,2019; Crime Type: Administration of Justice; Guideline: §2J1.2 Circuit: All; State: All; District: All; Race: White; Gender: Male; Age: All; Citizenship: All; Education: All; Sentencing Zone: C; Criminal History: All

 **SOURCE:** This was produced using the U.S. Sentencing Commission's Interactive Data Analyzer (IDA) (https://ida.ussc.gov).