# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | KENTUCKY |
|---|---|---|

CENTRAL DIVISION (AT LEXINGTON)

UNITED STATES OF AMERICA

**WITNESS LIST**

V.

THEODORE GERSTLE

Case Number:  5: 20-CR-047-DCR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Chief Judge Danny C. Reeves | Emily K. Greenfield | Brian Butler |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| September 25, 2020 Sentencing Hearing | Elaine Haberer | Lisa Moore |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| **W1** | | **09/25/20** | | | **Morton Kasten** |
| **W2** | | **09/25/20** | | | **Brandi N. Lewis** |
| **W3** | | **09/25/20** | | | **David Elle** |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____1____